AO (Rev. 5/85) Criminal Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.

ANTHONY JAMES JENSEN

**CRIMINAL COMPLAINT**

CASE NUMBER: 5:11-MJ-84-LAB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**COUNT ONE:**

From in or about <u>May 26, 2011</u> to on or about <u>June 8, 2011</u>, in the Northern District of Florida, the defendant,

did knowingly distribute and receive, and attempt to distribute and receive, child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, visual depictions of sexually explicit conduct, the production of which involved the use of minors engaging in sexually explicit conduct, said child pornography having been shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

I further state that I am a <u>Special Agent</u> with the <u>Naval Criminal Investigative Service</u>, and that this Complaint is based upon the following facts: SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: **X** Yes   ☐ No

Special Agent Robert McDaniel
Naval Criminal Investigative Service

Sworn to before me and subscribed in my presence, on <u>June 13, 2011</u>, at Panama City, Florida.

LARRY A. BODIFORD
U.S. Magistrate Judge

Rec'd 0613 11 USDcFln 5PM 0139