# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES

Case No. <u>5:11mj84-LB</u>                    Date:<u> June 14, 2011</u>
                                               Time: 1:31 -1:36

DOCKET ENTRY: INITIAL APPEARANCE ON A **COMPLAINT**

PRESENT:
Honorable **Larry A. Bodiford** , U.S. Magistrate Judge
<u>Jennifer Martin</u>              , Deputy Clerk
<u>CD: 2011</u>                     , Court Reporter
<u>Gayle Littleton</u>             , Asst. U. S. Attorney
<u>Dustin Stephenson</u>           , Defense Attorney
<u>N/A</u>                         , Interpreter
**ANTHONY JAMES JENSEN**     , Defendant<u> x </u>Custody __Bond __O/R

**PROCEEDINGS:**

<u> x </u>   Defendant advised that he/she is before a United States Magistrate Judge.

<u> x </u>   Defendant advised of charges against him/her, penalties and fines.

<u> x </u>   Defendant advised not to make any statement before consulting an attorney.

<u> x </u>   Defendant advised of his/her right to hire counsel or have counsel appointed.

<u> x </u>   Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

<u> x </u>   Defendant appointed the services of the Federal Public Defender.
       (see separate order)

<u> x </u>   Government moves for a temporary detention hearing.

<u> x </u>   Probable Cause Hearing set for<u> 6/16/2011 </u>.

<u> x </u>   Detention hearing scheduled for<u> 6/16/2011 </u>.


*Government advises Court there is no privacy act information in the Complaint affidavit  and it does not need to be sealed.