IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA                CASE NO. 5:11MJ84-LB

vs.

DATE: June 13, 2011

ANTHONY JAMES JENSEN
----------------------------------------------------------------
INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE

    I, LARRY A. BODIFORD, United States Magistrate for the Northern District of Florida, do hereby certify that the Defendant appeared with ✓ without _____ an attorney, and that I have this date advised the Defendant of the following rights and taken the following action:

✓ 1.    Advised that he/she is before a United States Magistrate

✓ 2.    Advised of the charge or charges

✓ 3.    Advised that he/she does not have to make any statement; that he/she has a right to consult with an attorney before making any statement; that any statement that he/she makes could be used against him/her

✓ 4.    Advised of right to hire an attorney, or have an attorney appointed if, after inquiry, Defendant is found to be unable to hire an attorney

✓ 5.    Defendant executed CJA Form 23

✓ 6.    Federal public defender appointed after determination defendant unable to hire an attorney

_____ 7.    Defendant waived an attorney for initial appearance proceedings only

_____ 8.    Advised that waiver does not prevent representation by an attorney for trial or any other judicial proceedings

_____ 9.    Defendant signed_____ refused to sign_____ waiver after having waived an attorney

_____ 10.    Advised Defendant that he/she should obtain and file CJA 23 if Defendant subsequently decides to request appointment of an attorney

FILED IN OPEN COURT THIS

6-13-2011

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT FLORIDA

\_\_\_\_\_11.  Defendant admitted financial ability to employ an attorney
Attorney:_____

\_\_\_\_\_12.  Defendant admitted\_\_\_\_\_ Magistrate found\_\_\_\_\_ Defendant is financially able to employ an attorney

\_\_\_\_\_13.  Advised of right to preliminary hearing as to probable cause on the charge/charges filed

\_\_\_\_\_14.  Advised no right to preliminary hearing

\_\_\_\_\_15.  Advised of right to waive preliminary hearing

\_\_\_\_\_16.  Advised of right to subpoena witnesses and produce evidence at preliminary hearing

\_\_\_\_\_17.  Advised of the consequences of waiver of preliminary hearing

\_\_\_\_\_18.  Advised of the consequences after preliminary hearing

\_\_\_\_\_19.  Waived preliminary hearing

\_\_\_\_\_20.  Fix date and time for preliminary hearing
_____

\_\_\_\_\_21.  Fix date and time for arraignment
_____

\_\_\_\_\_22.  Defendant ordered discharged

\_\_\_\_\_23.  Defendant ordered bound over to District Court

\_\_\_\_\_24.  Advised of right to have reasonable bond set

\_\_\_\_\_25.  Bail set
(Amount $_____ Type _____)

\_\_\_\_\_26.  Defendant released on bail

\_\_\_\_\_27.  Defendant committed.

_____
LARRY A. BODIFORD
UNITED STATES MAGISTRATE

Judge's Notes:
_____