UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO.: 5:11-MJ-84-LB

ANTHONY JAMES JENSEN,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING
AND PRELIMINARY EXAMINATION HEARING**

The Defendant, by and through undersigned counsel, pursuant to N.D Fla. Loc. R. 7.1 and Rule 12 of the Federal Rules of Criminal Procedure, does hereby move this Court for a continuance of the June 16, 2011 Detention Hearing and Preliminary Examination Hearing in this case, and as grounds therefore will show:

1. Undersigned counsel is exploring a potential conflict of interest.

2. Undersigned counsel has contacted United States Attorney, Gayle Littleton, regarding the merits of this continuance, and she has no objection to the requested continuance.

3. The hearing will be rescheduled once a determination is made as to whether a conflict of interest exists.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Gayle E. Littleton, United States Attorney, Northern District of Florida, 1001 East Business

Highway 98, 2nd Floor, Panama City, FL 32401, by electronic mail this ___ day of June, 2011.

                                                      Respectfully Submitted,

                                                      Robert S. Sombathy
                                                    Florida Bar # 0971870
                                                    Isler, Sombathy, Sombathy, P.A.
                                                    P.O. Box 430
                                                    Panama City, FL 32402
                                                    (850) 769-5532

                                                    ATTORNEY FOR DEFENDANT