**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                              CASE NO. 5:11-mj-00084-LB

ANTHONY JAMES JENSEN

## REFERRAL AND ORDER

The **unopposed** motion/pleading was filed by defendant on 6/16/2011 (document #12), and referred to Magistrate Judge Larry A. Bodiford on 6/17/2011.

Summary of motion/pleading: UNOPPOSED MOTION TO CONTINUE DETENTION HEARING AND PRELIMINARY EXAMINATION HEARING

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT


                                                s/ Jennifer Martin
                                                DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this <u>17th</u> day of <u>June</u>, 2011, that: The requested relief is GRANTED.

                                                s/ Larry A. Bodiford
                                                LARRY A. BODIFORD
                                                UNITED STATES MAGISTRATE JUDGE