**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

vs.                                         CASE NO.: 5:11-MJ-84-LB

ANTHONY JAMES JENSEN,

      Defendant.

_____

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PURSUANT to N.D Fla. Loc. R. 7.1 and Rule 12 of the Federal Rules of Criminal Procedure, the undersigned attorney hereby moves this Honorable Court for an Order permitting the undersigned attorney to withdraw as attorney of record in this matter and as grounds therefore will show:

1. The undersigned attorney was appointed to represent the Defendant on June 13, 2011.

2. On June 16, 2011, the undersigned attorney accepted a new position effective in August 2011 and will no longer be in private practice or on the Federal Panel List of Conflict Attorneys. Therefore, the undersigned attorney will be unable to represent the Defendant.

WHEREFORE, the undersigned attorney respectfully requests this Honorable Court to permit him to withdraw as attorney of record in this matter.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Gayle E. Littleton, United States Attorney, Northern District of Florida, 1001 East Business

Highway 98, 2nd Floor, Panama City, FL 32401, by electronic mail this 21 day of June, 2011.

Respectfully Submitted,

_____
Robert S. Sombathy
Florida Bar No.: 0971870
Isler, Sombathy & Sombathy, P.A.
Post Office Box 430
Panama City, FL 32402
(850) 769-5532

ATTORNEY FOR DEFENDANT