IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No.: 5:11-mj-84-LB

ANTHONY JAMES JENSEN

    Defendant.
_____

## WAIVER OF THREE-DAY DETENTION HEARING

I, Waylon Graham, attorney for the defendant, Anthony James Jensen, request that the detention hearing in the above-styled cause be scheduled for June 29, 2011, at 1:30 P.M., C.S.T..   Assistant U.S. Attorney Gail Littleton has no objection.

        /s/ *Waylon Graham*
        WAYLON GRAHAM
        FL Bar #602337
        Post Office Box 327
        Panama City, Florida  32402-0327
        Telephone (850) 763-6335
        Attorney for Anthony James Jensen

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant, Anthony James Jensen's Notice of Appearance, has been furnished to the office of the U.S. Attorney by electronic filing to Assistant U.S. Attorney Gail Littleton, 30 West Government Street, Panama City, Florida 32401, on this 22nd day of June, 2011.

/s/ *Waylon Graham*
WAYLON GRAHAM
FL Bar #602337
Post Office Box 327
Panama City, Florida 32402-0327
Telephone (850) 763-6335
Attorney for Anthony James Jensen