UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO. 5:11MJ84-LB

ANTHONY JAMES JENSEN

### REFERRAL AND ORDER

The motion/pleading was filed by defendant on 6/21/2011 (document #14), and referred to Magistrate Judge Larry A. Bodiford on 6/22/2011.

Summary of motion/pleading: MOTION TO WITHDRAW AS ATTORNEY OF RECORD

JESSICA J. LYUBLANOVITS
CLERK OF COURT

س/ Jennifer Martin
DEPUTY CLERK

### ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 22nd day of June, 2011, that: The requested relief is GRANTED.

s/ Larry A. Bodiford
LARRY A. BODIFORD
UNITED STATES MAGISTRATE JUDGE