**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**
    **Plaintiff**
v.                                                                  Case No.  5:11MJ84-LB

**ANTHONY JAMES JENSEN,**
    **Defendant.**

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Dustin Stephenson, as an attorney of record in the above styled case, and moves to withdraw from representation of the Defendant, and in support thereof, hereby states:

1) The Defendant has been declared indigent by this Court and eligible for the services of the Public Defender.  Undersigned Counsel served in this case as a specially appointed public defender, pursuant to this Court's CJA panel appointment.  However, undersigned's appointment was limited to representation at Defendant's Initial Appearance only.

2) Counsel has completed the purposes of that limited appointment and has performed no further legal work for the Defendant.  Immediately following the Defendant's Initial Appearance, the Defendant has received continuous representation directly from the Public Defender's office, from another appointed CJA panel attorney, or from private counsel.

3) Undersigned counsel must formally withdraw from this matter to prevent the disclosure of Defendant's confidential PSR reports, which are now filed electronically via CM/ECF by the probation office.  That report should only be copied to the Defendant's current attorney, and not to undersigned counsel.

4) Undersigned counsel has discussed this matter with the Defendant's current attorney, who has indicated on behalf of Defendant that there is no objection to this motion.

5) Undersigned counsel has also informed the U.S. Attorney's Office about this withdrawal; there is no objection to the motion from the government.

    WHEREFORE, Undersigned counsel hereby asks this Court for leave to withdraw from this representation for the reasons stated herein.

    RESPECTFULLY SUBMITTED, this 23rd day of June, 2011.

    I HEREBY CERTIFY that a true copy hereof was furnished to the U.S. Attorney's Office, and to Defendant's current attorney, via CM/ECF, this 23rd day of June, 2011.

    **DUSTIN STEPHENSON, P.A.**

    *S/ Dustin Stephenson*
    **Dustin Stephenson,**
    **Attorney for the Defendant**
    1156 Jenks Avenue
    Panama City, FL 32401
    Ph: (850) 215-5150
    Fax: (850) 215-8845
    Fla. Bar #: 320950