UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO. 5:11MJ84-LB

ANTHONY JAMES JENSEN

## REFERRAL AND ORDER

The **unopposed** motion/pleading was filed by defendant on 6/23/2011 (document #19), and referred to Magistrate Judge Larry A. Bodiford on 6/24/2011.

Summary of motion/pleading: MOTION TO WITHDRAW AS COUNSEL OF RECORD

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ Jennifer Martin
DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 24th day of June, 2011, that: The requested relief is GRANTED.

s/ Larry A. Bodiford
LARRY A. BODIFORD
UNITED STATES MAGISTRATE JUDGE