# United States District Court
### CRIMINAL MINUTES

Case #: 5:11mj84-LB                                                          Date: June 29, 2011
                                                                             Time: 1:30 - 2:38

**PROCEEDING: Probable Cause; Detention Hearing**

PRESENT:    Honorable **Larry A. Bodiford**, United States Magistrate Judge

| Jennifer Martin | Francine Ware | CD 2011 | Gayle Littleton | N/A |
|---|---|---|---|---|
| Courtroom Deputy | USPO | Court Reporter | Asst. U.S. Attorney | Interpreter |

U.S.A v.

ANTHONY JAMES JENSEN
✔ present  ✔ custody  __ bond  __ O/R

Waylon Graham
Attorney for Defendant
✔ present  __ apptd.  ✔ ret

PROCEEDINGS:

| | |
|---|---|
| 1:30 | Court addresses parties re Pretrial Report |
| 1:31 | Government calls: **Robert Andrew McDaniel**  Sworn/Direct |
| | Witness identifies defendant in courtroom |
| | Govt Ex #1   Marked/Admitted |
| | Govt Ex #2   Marked/Admitted |
| | 1:58  Cross |
| 1:59 | Govt rests |
| 1:59 | Defense calls: **Lori Jensen**  Sworn/Direct |
| | Witness identifies witness in courtroom |
| 2:07 | Cross |
| 2:12 | Defense calls: **Phillip J. Livera**  Sworn/Direct |
| 2:20 | Defense calls: **Jonathan Jack Jensen**  Sworn/Direct |
| | 2:25  Cross |
| 2:26 | Defense calls: **Johnny Montgomery, Jr.**  Sworn/Direct |
| 2:29 | Defense rests |
| 2:29 | Govt moves for continued detention of defendant |
| | Govt closing argument |
| 2:35 | Defense rebuttal; moves for release of pretrial release of defendant |
| 2:37 | Court finds probable cause |
| 2:37 | Court finds defendant is not a flight risk |
| 2:38 | Court orders detention of defendant based on danger to the community |
| 2:38 | Court adjourned |