AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN   DISTRICT OF   FLORIDA

UNITED STATES OF AMERICA

V.

ANTHONY JAMES JENSEN

**EXHIBIT LIST**

CASE #: 5:11mj84-LB

| PRESIDING JUDGE<br>Larry A. Bodiford | PLAINTIFF'S ATTORNEY<br>Gayle Littleton | DEFENDANT'S ATTORNEY<br>Waylon Graham |
|---|---|---|
| HEARING DATE (S) | COURT REPORTER<br>CD 2011 | COURTROOM DEPUTY<br>Jennifer Martin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/29/2011 | X | X | Permissive Authorization for Search and Seizure |
| 2 | | 6/29/2011 | X | X | Statement |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.