# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES

Case No. <u>5:11cr25-RS</u>                          Date: <u>July 21, 2011</u>
                                                    Time: 1:36 -1:37

DOCKET ENTRY: ARRAIGNMENT

PRESENT:
<u>Honorable **Larry A. Bodiford**</u> , U.S. Magistrate Judge
<u>Jennifer Martin           </u>, Deputy Clerk
<u>CD: 2011                  </u>, Court Reporter
<u>Kathyrn Risinger          </u>, Asst. U. S. Attorney
<u>Waylon Graham             </u>, Defense Attorney
<u>N/A                       </u>, Interpreter
<u>**ANTHONY JAMES JENSEN**      </u>, Defendant <u>x</u> Custody __Bond __O/R

**PROCEEDINGS:**

<u> x </u> Defendant arraigned for trial.
        <u> x </u> Waived Formal Reading of the Indictment
        <u> x </u> Entered plea of NOT GUILTY on all counts
        <u> x </u> Jury Trial Date: <u>**9/26/2011**</u>