IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 5:11-cr-25/RS

ANTHONY JAMES JENSEN

## STATEMENT OF FACTS FOR GUILTY PLEA

In support of the Plea Agreement in this case, the United States provides the following factual basis, which the defendant acknowledges and admits:

In or about 2006, the Bureau of Immigration and Customs Enforcement("ICE") conducted a child-pornography operation entitled "Operation Flicker." The ICE investigation revealed that, in October 2006, the defendant had purchased a 30-day membership to a known child-pornography website called "HardLovers," using a Paypal account and his credit card.

ICE referred the lead on the defendant to the Naval Criminal Investigative Service ("NCIS"), after learning that the defendant was employed by a Department of Defense contractor and that he was working at Naval Activity Support Center in Panama City Beach (the "Navy Base").

On or about June 8, 2011, an NCIS agent approached the defendant at the Navy Base. There, the agent asked to speak with the defendant. The defendant agreed, and the agent told the defendant that he was suspected of downloading child pornography. The agent then told the defendant that he wanted to discuss this with the defendant and that the defendant was not under arrest and was free to leave at any time. The agent asked the defendant to walk with the agent to the agent's office at the Navy Base. The defendant agreed, and when they got to the agent's office, the defendant stated

1

FILED IN OPEN COURT THIS
9-22-2011
CL....                    T
BY

that:

- He had been downloading child pornography;

- He started downloading child pornography accidentally;

- He first went into internet groups to search for adult pornography;

- He conducted mass downloads of adult pornography and in those downloads also received child pornography;

- This first happened in 2003;

- He last viewed child pornography the previous day, which was June 7, 2011;

- He would download the child pornography, keep it on his computer for 1-2 weeks, masturbate to it, and then delete it;

- He is married and has children in the home;

- He would download the child pornography and masturbate to it at night while his family was asleep; and

- He knew it was wrong.

The defendant then gave consent to search the defendant's residence and seize his computers and any digital media, and at that point, the agent went with the defendant to the defendant's house and seized three computers, six external hard drives, and three thumb drives.

After that, the agent and the defendant returned to the agent's office, where the defendant gave a lengthy written statement, wherein he admitted in writing everything that he verbally told the agent and stated that he found the images "beautiful." He further told the agent that law enforcement would likely find thousands of images of child pornography in his computer.

On or about June 10, 2011, law enforcement obtained and executed a State search warrant on the computers and digital media seized from the defendant's residence. Forensic analysis of the computers and digital media has, so far, revealed numerous child-pornography videos and images,

2

some of which that date back to 2002 and depict identified victims.

                                                PAMELA C. MARSH
                                                United States Attorney

_____      _____
ANTHONY JAMES JENSEN            GAYLE E. LITTLETON
Defendant                               Assistant United States Attorney

  9/22/11                                New York Bar No: 585581
_____      1001 East Business 98, 2nd Floor
Date                                          Panama City, Florida  32401
                                                (850) 785-3495

_____        9/22/11
WAYLON GRAHAM               _____
Attorney for Defendant           Date

  9/22/11
_____
Date