United States District Court
CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced: 9:58 a.m.  Case # <u>5:11cr25(1)-RS</u>
Time Concluded: 10:18 a.m.  Date September 22, 2011

DOCKET ENTRY:   **Change of Plea: Adjudicated GUILTY on Counts 1 & 2**
**Defendant remains DETAINED pending sentencing.**
**Sentencing is scheduled for December 7, 2011 @ 10:30 a.m.**

PRESENT:   HONORABLE **RICHARD SMOAK**, U.S. DISTRICT JUDGE
Jennifer Martin    Francine Ware    Lisa Jones    Gayle Littleton
Deputy Clerk    U.S.P.O.    Court Reporter    Asst. U.S. Attorney

U.S.A. vs. **ANTHONY JAMES JENSEN**   ✖ present   ✖ custody  __ bond  __ O/R
Anthony Waylon Graham    __ Apptd.  ✖ Retained  ✖ present
Attorney for Defendant

PROCEEDINGS:
___ Bail review  ___ Affirmed  ___ Reduced to $___  Contd to ___  ___ Motion denied

___ Defendant not appearing on motion U.S. Attorney bond is forfeited and warrant to issue.

Bail on Warrant of Arrest set $___

___ Warrant of Arrest recalled  ___ Forfeiture set aside  ___ Bond reinstated

___ Waiver of Indictment filed  ___ Information filed

✖ Defendant is RE-ARRAIGNED and specifically advised of his/her rights.

✖ Written plea agreement Filed

✖ Written statement of facts Filed

___ Adjudication withheld pending sentencing.

✖ Plea accepted  ✖ Defendant adjudicated guilty on count(s) 1 & 2

✖ Defendant states true name is Anthony James Jensen

___ Copy of Indictment (Information) given to defendant.

___ Defendant moves to CHANGE PLEA  ___ Court grants motion

✖ Court questions defendant regarding his/her physical and mental condition, and advises the defendant of the nature and possible consequences of said plea.

___ Defendant waives reading of Indictment-Information.   ✖ Indictment-Information read.

✖ Defendant PLEADS  ✖ Guilty Count(s) 1 & 2
___ Not Guilty Count(s)___

___ Trial set for___  ___ Continued to___ for setting trial

✖ REFERRED to Probation Officer for I/R and continued to **December 7, 2011 @ 10:30 a.m.** for sentencing