November 15, 2011

*VIA HAND DELIVERY*

Francine Ware
US Probation & Parole Office
30 W. Government St., Ste #210
Panama City, FL 32401

Re:  USA v. Anthony James Jensen
     Case No.: 5:11-cr-25-RS

Dear Ms. Ware:

     Please be advised that I am filing an objection to the addition of +2 points based on the provisions outlined in Paragraph 26 of the draft Presentence Investigation Report, Document 33, filed in the above-styled cause on November 2, 2011. Should you have any questions, please do not hesitate to call upon me.

/s/ *Waylon Graham*
WAYLON GRAHAM
FL Bar #602337
Post Office Box 327
Panama City, Florida 32402-0327
Telephone (850) 763-6335
Attorney for Anthony James Jensen