## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

     **Plaintiff**

**vs.**               **Case No. 5:11cr25-RS**

**ANTHONY JAMES JENSEN**

     **Defendant**

_____/

### <u>NOTICE OF APPEARANCE</u>

   COMES NOW, ROBERT D. STINSON, Assistant United States Attorney, Northern District of Florida, and hereby enters a Notice of Appearance as co-counsel for the United States of America in regard to **forfeiture** proceedings, in the above-styled case and requests that copies of all pleadings, forms and documents of whatever nature to be filed in the record in this matter be furnished to the undersigned.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

By:    ***/s/ Robert D. Stinson***

ROBERT D. STINSON
Assistant United States Attorney
Florida Bar No. 319406
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2011, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that Gayle Littleton, co-counsel for plaintiff, and Anthony Graham, attorney for defendant, are registered to be notified by electronic mail.

***/s/ Robert D. Stinson***

ROBERT D. STINSON
Assistant United States Attorney

2