## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff**

**vs.**                                                        **Case No. 5:11cr25-RS**

**ANTHONY JAMES JENSEN**

      **Defendant**

_____/

## GOVERNMENT'S MOTION FOR ENTRY OF
## PRELIMINARY ORDER OF FORFEITURE

The United States respectfully moves the Court to enter a Preliminary Order of Forfeiture in the above-captioned criminal matter against the following property:

**Miscellaneous computer equipment, specifically:**

1. One HP Pavilion Slim Line computer, SN CNX8240LGL and one Bluetooth Wireless USB Adapter with antenna;
2. One Dell Inspiron 530 Computer, SN GY4RKF1;
3. One Compaq Laptop Computer, SN 2CE9112GP8;
4. One Black Antec external hard drive, no SN;
5. One Black Gateway Computer, SN PTGAJ02001952153D62700;
6. One Black WD external hard drive, SN WXFOA5932294 and one USB cord;
7. One NEXXTECH 2 hard drive with marking "RAM 08JUN11" and One USB Cord;
8. One I/O Magic external hard drive with marking "RAM 08JUN11";
9. One Maxtor external hard drive, SN 2HAPSCD2;
10. Three thumb drives marked "RAM";
11. Three power cords.

On July 19, 2011, an Indictment was filed against the defendant, charging him with violations of Title 18, United States Code, Section 2252A(a)(2) and (b)(1); and 2252A(a)(5)(B) and

(b)(2).  (Doc. 22)

The Indictment included a forfeiture allegation pursuant to Title18, United States Code, Section 2253.

On September 22, 2011, the defendant pled guilty to Counts One and Two of the Indictment and agreed to forfeit all forfeitable assets.  (Doc. 29)

It appears from the record in this matter that no Preliminary Order of Forfeiture has been entered as to the above property.  Before the forfeiture can be accomplished, the United States, pursuant to such a Preliminary Order, must publish notice of the forfeiture and ultimately seek a Final Forfeiture Order.

A proposed Preliminary Order of Forfeiture is submitted for the Court's consideration.

WHEREFORE, the United States respectfully requests entry of a Preliminary Order of Forfeiture for the above-described property.

    Respectfully submitted,

    PAMELA C. MARSH
    United States Attorney


    */s/ Robert D. Stinson*
    ROBERT D. STINSON
    Assistant United States Attorney
    Florida Bar No. 319406
    111 North Adams Street, 4th Floor
    Tallahassee, Florida 32301
    (850) 942-8430

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of December, 2011, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that Gayle Littleton, co-counsel for plaintiff, and Anthony Graham, attorney for defendant, are registered to be notified by electronic mail.

    */s/ Robert D. Stinson*
ROBERT D. STINSON
Assistant United States Attorney