UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                          Case No. 5:11-cr-25-RS

**ANTHONY JAMES JENSEN,**

      Defendant.
_____/

## ORDER

Before me is the Government's Motion for Entry of Preliminary Order of Forfeiture (Doc. 39). On July 19, 2011, an indictment was filed against the defendant, charging him with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and 2252A(a)(5)(B) and (b)(2). The indictment included a forfeiture allegation pursuant to 18 U.S.C. § 2253. The Government seeks the forfeiture of the following property:

**Miscellaneous computer equipment, specifically:**

    1.    **One HP Pavilion Slim Line computer, SN CNX8240LGL and one Bluetooth Wireless USB Adapter with antenna;**
    2.    **One Dell Inspiron 530 Computer, SN  GY4RKF1;**
    3.    **One Compaq Laptop Computer, SN  2CE9112GP8**;
    4.    **One Black Antec external hard drive, no SN;**
    5.    **One Black Gateway Computer, SN PTGAJ02001952153D62700**;

    6.    One Black WD external hard drive, SN WXFOA5932294 and one USB cord;
    7.    One NEXXTECH 2 hard drive with marking "RAM 08JUN11" and one USB Cord;
    8.    One I/O Magic external hard drive with marking "RAM 08JUN11";
    9.    One Maxtor external hard drive, SN 2HAPSCD2;
    10.    Three thumb drives marked "RAM";
    11.    Three power cords.

The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 2253.

**IT IS ORDERED** that Defendant's interest in the above property is forfeited to the United States pursuant to the provisions of 18 U.S.C. § 2253. In accordance with law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, www.forfeiture.gov, or receipt of actual notice, whichever is earlier. The United States shall:

    1.    State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the

petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Order for preliminary forfeiture, as a substitute for published notice as to those persons so notified.

Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**ORDERED** on December 2, 2011.

       /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**