# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 10:42 a.m.  
Time Concluded: 11:15 a.m.  

Case No.: 5:11cr25(1)-RS  
Date: December 7, 2011

**PROCEEDINGS:** **Sentencing**

PRESENT: HON. **Richard Smoak**, JUDGE

| Francine Ware | Jennifer Martin | Floie Lynn Sexton | Gayle Littleton |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW) — ATTORNEYS FOR DEFENDANT

(1) **ANTHONY JAMES JENSEN**     (1) Anthony Waylon Graham  
✔ present ✔ custody __ bond __ O/R     ✔ present __ apptd. ✔ retained

✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔ Objections were made to the PSR.

__ Notice of Enhancement filed __ Court Question defendant about prior conviction

✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1 & 2 *(@ Change of Plea Hearing)*

**SENTENCE IMPOSED:**  
✔ DFT remanded to custody of Bureau of Prisons  
   on count(s)   1   imprisonment for a term of 109 months  
   on count(s)   2   imprisonment for a term of 109 months  
   ** ALL Counts to run   ✔   CONCURRENTLY *-or-* ____ CONSECUTIVELY

✔ Additional recommendation:  
   __ Substance Abuse Treatment while in the custody of BOP  
   __ Mental Health Treatment while in the custody of BOP  
   __ Intensive Confinement Center (ICC)  
   ✔ Sex Offender Program

✔ FINE PAYMENT: ✔ Fine waived; __ Fine of $__; ✔ Special Monetary Assessment of $ 200

__ Dft is liable for restitution of:  
   $_____ made payable to _____  
   $_____ made payable to _____  
   $_____ made payable to _____

__ DFT is jointly and severally liable for restitution with _____

**SENTENCING MINUTES CONTINUED** ...                                                                **PAGE 2**
*USA v. Anthony James Jensen - 5:11CR25-RS*

✔    S/R or PROBATION.  Dft is under:
    ✔ Supervised Release upon completion of term of imprisonment for a period of:
        Count 1: 25 years
        Count 2: 25 years
    ___ Probation for a period of ____ years.
    ___ Home Detention of _____ months

With the following special conditions or modifications:
- ___ DFT to be deported upon release from BOP
- ___ DFT shall cooperate with the US Probation Officer and the Dept. of Homeland Security regarding Immigration status.
    If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
- ___ DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
- ✔ DFT shall not own or possess a firearm (including ammunition), dangerous weapon or destructive device.
- ___ DFT shall be evaluated for substance abuse and referred to treatment as determined necessary through an evaluation process.  The defendant may be tested for the presence of illegal controlled substances or alcohol at any time during the term of supervision.
  - ___ DFT shall participate in a program of substance abuse treatment;
  - ___ DFT shall participate in a program of mental health treatment.
- ✔ DFT shall provide requested financial information to the U.S. Probation Officer.
- ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
- ___ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
- ___ Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
- ___ DFT shall notify the probation officer ten days prior to any change of residence or employment.
- ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
- ___ DFT shall cooperate with the probation office in the collection of DNA samples as required by 42 U.S.C. § 14135a.
- ✔ ADDITIONAL TERMS: see formal judgment

✔    CUSTODY STATUS
    ✔ DFT committed to the custody of the U.S. Department of Justice.
    ___ DFT to surrender to USMS at _____ or _____ designated institution at his/her own expense no later than _____ on _____.
    ___ DFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows:

___ Remaining count(s) _____ are DISMISSED on government motion.

✔    Court informs Dft of right to appeal and advises defendant that the 14 day deadline to file an appeal will not start until the restitution issue is resolved.
    _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

___ Court recommends place of incarceration at / near _____.

**Additional Court Notes:**
10:42  Court in Session
    Counsel state their appearances (GL)(AG)
    Defense states objections to PSR. (AG)(GL)
    Defendant Anthony James Jensen addresses Court
    **Sentence Imposed:**
    Count 1: 109 mos imprisonment (to run concurrent w/ Count 2); 25 yrs S/R; fine waived; $100 SMA.
    Count 2: 109 mos imprisonment (to run concurrent w/ Count 1); 25 yrs S/R; fine waived; $100 SMA.
    Discussion re restitution. (AG)(GL)

**SENTENCING MINUTES CONTINUED** ...                                                         PAGE 3
*USA v. Anthony James Jensen - 5:11CR25-RS*

        Court: a decision on restitution will be withheld until a later date.  The court will schedule a hearing on the matter of restitution.
        No objections to sentence imposed
        Deft advised of Right to Appeal *(must be filed w/in 14 days)*(14 day deadline will not begin to run until  after restitution is ordered)
        Court: Order of forfeiture re: equipment entered and incorporated into judgment
11:15  Court Adjourned