### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.                                                                      CASE NO. 5:11cr25-RS

**ANTHONY JAMES JENSEN**

_____/

### NOTICE OF WITHDRAWAL OF RESTITUTION REQUEST AND REQUEST FOR FINAL SENTENCING ORDER

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and: (1) files notice of the withdrawal of the victim-restitution request in the above-referenced case; and (2) requests that the Court issue a final sentencing order.

1. On or about July 19, 2011, the defendant was charged in a two-count indictment with receiving child pornography, in violation of 18 U.S.C. § 2252A(a)(2) (Count One), and with possessing child pornography, in violation of 18 U.S.C. § 2252A(a)(5) (Count Two).

2. On or about September 22, 2011, the defendant pleaded guilty to both counts, and the Court set the sentencing hearing for December 22, 2011.

3. Prior to sentencing, the Marsh Law Firm filed a request for restitution on behalf of "Amy," a victim of child pornography whose images were found on the defendant's

computer.  The restitution request sought over $3,000,000.

4. On or about December 22, 2011, the Court held the sentencing hearing. At that time, the parties discussed the restitution request with the Court and asked that the Court postpone any ruling on restitution until a later evidentiary hearing could be held. The Court agreed and sentenced the defendant to 109 months' imprisonment, followed by 25 years of supervised release. However, the Court reserved ruling on the restitution request.

5. Since the sentencing hearing, the government has spoken with James Marsh of the Marsh Law Firm by telephone and email. Mr. Marsh has decided to withdraw his request for restitution in this case. As a result, no further hearing is required.

6. Additionally, the government has spoken with the Probation Office and, based on that conversation, the government requests that this Court issue an order, stating that the restitution issue has been resolved and that no restitution is ordered.

WHEREFORE, the United States respectfully requests that this Court issue a final sentencing order, ruling that, based on the restitution withdrawal, no restitution is ordered in this case.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Gayle E. Littleton*
GAYLE E. LITTLETON
Assistant United States Attorney
New York Bar Number 585581
1001 East Business 98, 2nd Floor
Panama City, FL  32401-2758
(850) 769-8854

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Waylon Graham, Esq., counsel for the defendant, on this the 9th day of January, 2012.

/s/ Gayle E. Littleton
GAYLE E. LITTLETON
Assistant United States Attorney