UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No. 5:11-cr-25-RS

ANTHONY JAMES JENSEN,

      Defendant.
_____/

## ORDER

Before me is the Government's Notice of Withdrawal of Restitution and Request for Final Sentencing Order (Doc. 45). Because the request for restitution has been withdrawn, no restitution is ordered in this case.

**ORDERED** on January 10, 2012.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**