IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

Plaintiff

vs.                                                                        Case No. 5:11cr25-RS

ANTHONY JAMES JENSEN

Defendant
_____/

## DECLARATION OF PUBLICATION

Notice of Forfeiture was posted on www.forfeiture.gov, an official government Internet site, for at least 30 consecutive days, beginning on December 15, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The posted Notice is attached as Attachment 1.

Executed this 31st day of January, 2012.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney


/s/ Robert D. Stinson
ROBERT D. STINSON
Assistant United States Attorney
Florida Bar No. 319406
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2012, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that Anthony Graham, attorney for defendant Anthony James Jensen, is registered to be notified by electronic mail.

/s/ Robert D. Stinson
ROBERT D. STINSON
Assistant United States Attorney

2

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## COURT CASE NUMBER: 5:11CR25-RS; NOTICE OF FORFEITURE

Notice is hereby given that on December 02, 2011, in the case of <u>U.S. v. ANTHONY JAMES JENSEN</u>, Court Case Number 5:11CR25-RS, the United States District Court for the Northern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Computer Equipment - See Items List Ser No: see items list (11-NCI-000015), including the following items: 1 HP Pavilion Slim Line Computer with Bluetooth Wireless USB Adapter, Ser No: CNX8240LGL; 1 Dell Inspiron 530 Computer, Ser No: GY4RKF1; 1 Compaq Laptop Computer, Ser No: 2CE9112GP8; 1 Antec External Hard Drive - Black, Ser No: Unknown; 1 Gateway Computer - Black, Ser No: PTGAJ02001952153D62700; 1 WD External Hard Drive - Black and one USB Cord, Ser No: WXFOA5932294; 1 NEXXTECH 2 Hard Drive with marking "RAM 08JUN11" AND One USB Cord; 1 I/O Magic External Hard Drive with marking "RAM 08JUN11"; 1 Maxtor External Hard Drive, Ser No: 2HAPSCD2; 3 Three Thumb Drives marked "RAM"; 3 Three Power Cords which was seized from Anthony James Jensen on June 08, 2011 at 1800 Martha Lane, located in Lynn Haven, FL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 15, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 30 W. Government Street, Panama City, FL 32401, and a copy served upon Assistant United States Attorney Robert Stinson, 111 N. Adams Street, 4th Floor, Tallahassee, FL 32301. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 15, 2011 and January 13, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ANTHONY JAMES JENSEN

**Court Case No:** 5:11CR25-RS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/15/2011 | 24.0 | Verified |
| 2 | 12/16/2011 | 24.0 | Verified |
| 3 | 12/17/2011 | 24.0 | Verified |
| 4 | 12/18/2011 | 24.0 | Verified |
| 5 | 12/19/2011 | 24.0 | Verified |
| 6 | 12/20/2011 | 23.5 | Verified |
| 7 | 12/21/2011 | 24.0 | Verified |
| 8 | 12/22/2011 | 23.8 | Verified |
| 9 | 12/23/2011 | 24.0 | Verified |
| 10 | 12/24/2011 | 24.0 | Verified |
| 11 | 12/25/2011 | 24.0 | Verified |
| 12 | 12/26/2011 | 24.0 | Verified |
| 13 | 12/27/2011 | 24.0 | Verified |
| 14 | 12/28/2011 | 24.0 | Verified |
| 15 | 12/29/2011 | 24.0 | Verified |
| 16 | 12/30/2011 | 24.0 | Verified |
| 17 | 12/31/2011 | 24.0 | Verified |
| 18 | 01/01/2012 | 24.0 | Verified |
| 19 | 01/02/2012 | 24.0 | Verified |
| 20 | 01/03/2012 | 24.0 | Verified |
| 21 | 01/04/2012 | 23.9 | Verified |
| 22 | 01/05/2012 | 23.8 | Verified |
| 23 | 01/06/2012 | 23.2 | Verified |
| 24 | 01/07/2012 | 24.0 | Verified |
| 25 | 01/08/2012 | 24.0 | Verified |
| 26 | 01/09/2012 | 24.0 | Verified |
| 27 | 01/10/2012 | 24.0 | Verified |
| 28 | 01/11/2012 | 24.0 | Verified |
| 29 | 01/12/2012 | 24.0 | Verified |
| 30 | 01/13/2012 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.