FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  
5:11cr25-001-RS - ANTHONY JAMES JENSEN

Page 2 of 9

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **109 months**. This term consists of terms of 109 months as to each of counts 1 & 2 to be served concurrently.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

DEFENDANT DELIVERED/~~VOLUNTARY SURRENDERED~~
ON 2.3.12 TO FCC OAKDALE, LA
WITH A CERTIFIED COPY OF THIS JUDGEMENT.
WARDEN J.F. Young
CSD—STAFF Bell

Filed 0213'12 UsDcFln 5AM 1048