**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff**

vs.                                                    Case No. 5:11cr25-RS

**ANTHONY JAMES JENSEN**

      **Defendant**

_____/

**GOVERNMENT'S MOTION FOR ENTRY OF
<u>FINAL ORDER OF FORFEITURE</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter a Final Order of Forfeiture in the above-captioned criminal forfeiture matter against the following:

**Miscellaneous computer equipment, specifically:**

1. One HP Pavilion Slim Line computer, SN CNX8240LGL and one Bluetooth Wireless USB Adapter with antenna;
2. One Dell Inspiron 530 Computer, SN GY4RKF1;
3. One Compaq Laptop Computer, SN 2CE9112GP8;
4. One Black Antec external hard drive, no SN;
5. One Black Gateway Computer, SN PTGAJ02001952153D62700;
6. One Black WD external hard drive, SN WXFOA5932294 and one USB cord;
7. One NEXXTECH 2 hard drive with marking "RAM 08JUN11" and One USB Cord;
8. One I/O Magic external hard drive with marking "RAM 08JUN11";
9. One Maxtor external hard drive, SN 2HAPSCD2;
10. Three thumb drives marked "RAM";
11. Three power cords.

1. On December 2, 2011, this Court entered a Preliminary Order of Forfeiture against the property described above. (Doc. 39)

2. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning December 15, 2011. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property. (Doc. 47)

3. No person or entity has filed a claim.

4. A proposed Final Order of Forfeiture is submitted for the Court's consideration.

WHEREFORE, the United States of America respectfully requests that this Court enter a Final Order of Forfeiture which condemns and forfeits:

**Miscellaneous computer equipment, specifically:**

1. **One HP Pavilion Slim Line computer, SN CNX8240LGL and one Bluetooth Wireless USB Adapter with antenna;**
2. **One Dell Inspiron 530 Computer, SN GY4RKF1;**
3. **One Compaq Laptop Computer, SN 2CE9112GP8**;
4. **One Black Antec external hard drive, no SN;**
5. **One Black Gateway Computer, SN PTGAJ02001952153D62700**;
6. **One Black WD external hard drive, SN WXFOA5932294 and one USB cord;**
7. **One NEXXTECH 2 hard drive with marking "RAM 08JUN11" and One USB Cord;**
8. **One I/O Magic external hard drive with marking "RAM**

        **08JUN11";**
9.     **One Maxtor external hard drive, SN 2HAPSCD2;**
10.    **Three thumb drives marked "RAM";**
11.    **Three power cords.**

Dated this 21st day of February, 2012.

        Respectfully submitted,

        PAMELA C. MARSH
        United States Attorney

        */s/ Robert D. Stinson*
        ROBERT D. STINSON
        Assistant United States Attorney
        Florida Bar No. 319406
        111 North Adams Street, 4th Floor
        Tallahassee, Florida 32301
        (850) 942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2012, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that Gayle Littleton, co-counsel for plaintiff, and Anthony Graham, attorney for defendant, are registered to be notified by electronic mail.

        */s/ Robert D. Stinson*
        ROBERT D. STINSON
        Assistant United States Attorney