UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                Case No. 5:11-cr-25-RS

**ANTHONY JAMES JENSEN,**

      **Defendant.**

_____/

## ORDER

Before me is the Government's Motion for Entry of Final Order of Forfeiture (Doc. 49). On July 19, 2011, an indictment was filed against the defendant, charging him with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and 2252A(a)(5)(B) and (b)(2). The indictment included a forfeiture allegation pursuant to 18 U.S.C. § 2253. The Government seeks the forfeiture of the following property:

**Miscellaneous computer equipment, specifically:**

1. **One HP Pavilion Slim Line computer, SN CNX8240LGL and one Bluetooth Wireless USB Adapter with antenna;**
2. **One Dell Inspiron 530 Computer, SN GY4RKF1;**
3. **One Compaq Laptop Computer, SN 2CE9112GP8**;
4. **One Black Antec external hard drive, no SN;**
5. **One Black Gateway Computer, SN PTGAJ02001952153D62700**;

6. One Black WD external hard drive, SN WXFOA5932294 and one USB cord;
7. One NEXXTECH 2 hard drive with marking "RAM 08JUN11" and one USB Cord;
8. One I/O Magic external hard drive with marking "RAM 08JUN11";
9. One Maxtor external hard drive, SN 2HAPSCD2;
10. Three thumb drives marked "RAM";
11. Three power cords.

The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 2253.

On December 2, 2011, a Preliminary Order of Forfeiture (Doc. 41) was entered. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the forfeiture action was published on an official internet government forfeiture site for at least 30 consecutive days. No person or entity has filed a claim setting forth their interest in the property.

**IT IS ORDERED** that the above-described property is condemned and forfeited to the United States.

**ORDERED** on February 22, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**