**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Panama City Division

April 4, 2012

GAYLE LITTLETON
US ATTORNEY'S OFFICE
1001 E BUSINESS HWY 98
2ND FL
PANAMA CITY, FL 32401

Re:   USA v. Anthony James Jensen
      Case No. 5:11cr25-RS

Dear Counsel:

A judgment was entered by this Court on December 22, 2011. Therefore, in accordance with Local Rule 5.2 (Disposition of Exhibits), please advise this office of the desired disposition of exhibits from the detention hearing held June 29, 2011, which are in custody of the Clerk, by checking one of the following, signing as indicated, and returning this letter to our office.

_____ I will make arrangements to pick up the exhibits within fourteen (14) days from the Federal Court Clerk's Office in Panama City, Florida.

_____ Please ship the exhibits to me at my expense:
       UPS Account #_____
       Federal Express Account #_____

_____ The exhibits may be destroyed.

__X__ Exhibits returned to attorney on __4/4/12__.

_/s/ Gayle E. L.____
Signature

_Gayle E. Littleton_
Printed name

Sincerely,

JESSICA LYUBLANOVITS
CLERK OF THE COURT

By:   _s/ Kristin Cowdell_
      Deputy Clerk

FILED IN OPEN COURT THIS

_4/4/12_

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
One North Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX