PROB 12B
FLNP(2/2013)

# Northern District of Florida
## REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Anthony Jensen                                             Case Number:   5:11CR25-001RS

Name of Sentencing Judicial Officer:   Richard Smoak, United States District Judge

Date of Original Sentence:   December 7, 2011

Original Offense:   Ct. 1 Receipt of Child Pornography
                    Ct. 2 Possession of Child Pornography

Original Sentence: 90 months incarceration followed by 25 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced:   5/10/2019

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total of _____ years.

☒ To modify the conditions of supervision as follows:

"The offender shall be required to submit to periodic polygraph testing at the discretion of the probation office as a means to ensure he is in compliance with the requirements of supervision or treatment."

## CAUSE

Mr. Jensen requested approval for computer access immediately upon his release from prison. He has requested access to the internet to be able to search for employment and conduct routine daily activities. To ensure that he is complying with the requirement of being limited to his approved devices a polygraph condition is requested. He will use his cellular telephone and computer for work and recreation. The condition will assist in determining his activities on his approved devices. He already has a condition requiring him to only used approved devices and allow the probation office to monitor the devices utilizing installed software.

RCV'D USDC FLND PN
JUN 10 '19 AM 11:29

Request for Modifying the Conditions or Term of Supervision
Page 2

                    I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by Shea Stallings

U.S. Probation Officer
Date: May 31, 2019

---

☐ No Action

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above

☐ Other -

M. Casey Rodgers
Signature of Judicial Officer

6.9.19
Date

PROB 49
(3/89)

# United States District Court

Northern District of Florida

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The offender shall be required to submit to periodic polygraph testing at the discretion of the probation office as a means to ensure he is in compliance with the requirements of supervision or treatment."

Witness _____    Signed _____
        (U.S. Probation Officer)              (Probationer or Supervised Releasee)

                    6/3/19
                    (Date)